

HUBER
HEIGHTS
*Come Grow With Us!*

City of Huber Heights
6131 Taylorsville Rd.
Huber Heights, OH 45424

937.233.1423
937.233.1272 fax

www.hhoh.org

February 16, 2023

Michael Skilwies dba Ohio Fleet Services
9416 Taylorsville Rd.
Huber Heights Ohio 45424

Dear Mr. Skilwies,

As you know, you have been operating a truck and heavy equipment repair business at the above location contrary to the City zoning regulations. In particular, non-farm related truck and heavy equipment repair is not permitted in the Agricultural District. In August 2021, you requested a use variance for the diesel truck and equipment repair operations which was denied on October 6, 2021. You then proceeded with a proposed lot split and rezoning application and ultimately a proposal to change the underlying zoning or uses to permit your use. None of these were successful with the last proposal being voted down by City Council at its February 13, 2023, meeting. As a result, you have fully exhausted all available administrative remedies that could permit the prohibited use and compliance is now required.

You are hereby ordered to cease conducting your truck and heavy equipment repair business at 9416 Taylorsville Rd. Any and all commercial activity taking place outside of the principal dwelling, repair (for profit) of any vehicles as well as storage or parking of commercial vehicles on your property must cease.

Realizing this may take some time to arrange, we feel it fair to allow 120 days (commencing March 1, 2023) for you to wind down, finalize and discontinue the business operations at 9416 Taylorsville Rd.

After the 120-day period, if the prohibited uses remain, the City may declare the use a public nuisance, seek criminal sanctions, and/or pursuant to Huber Heights Code section1125.99 the City may institute injunction, mandamus, abatement or any other appropriate action, actions, proceeding or proceedings to prevent, enjoin, abate or remove such unlawful use.

We look forward to your voluntary and timely compliance with this matter so that the time and expense of litigation can be avoid by all parties.

Sincerely,

Don Millard
Manager, Zoning and Code Enforcement
City of Huber Heights
6131 Taylorsville Rd.
Huber Heights OH 45424